## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES B. MONTGOMERY** | * | **CIVIL ACTION NO.: 17-06764** |
| | * | |
| **VERSUS** | * | **JUDGE MARTIN L.C. FELDMAN** |
| | * | |
| **THE PAUL REVERE LIFE INSURANCE COMPANY** | * | **MAG. JUDGE KAREN WELLS ROBY** |

* * * * * * * * * * * * *

## **O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 26th day of February, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**